UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE MUNDONGO MANUNGA,<br><br>        Petitioner,<br><br>   vs.<br><br>SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE; GABRIEL VALDEZ/ASSISTANT FIELD DIRECTOR/DHS,<br><br>        Respondents. | CASE NO. CV SA 13-00029 AG (RZ)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. Indeed, Petitioner has filed at least four sets of Objections, one each on the following dates: May 31; June 14; June 27 (as part of, and behind, a Motion For Relief From Default); and July 19 (captioned as a "Motion To Prove," etc.). The Court has considered all four.

In her objections, Petitioner states, among other things, that she pleaded guilty to a probation violation in 2011 and was sentenced to 16 months in jail, with credit for time served previously on her 12-month sentence for false imprisonment. She further states that the probation violation "hurt" her more on the immigration case, and makes her deportable.

The Court has fully considered this objection along with the others, but it does not change the Court's analysis or conclusion.

In the interest of completeness, the Court also has reviewed the Magistrate Judge's rulings on Petitioner's recent motions for appointment of counsel; for relief from default; for an extension of time; for an evidentiary hearing; for release without bond; and for appointment of a French interpreter. The Magistrate Judge acted appropriately and within his discretion in his rulings on those motions.

In accordance with the foregoing, the Court accepts the findings and recommendations of the Magistrate Judge.

DATED: July 30, 2013

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE