UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE MUNDONGO MANUNGA,<br><br>               Petitioner,<br><br>    vs.<br><br>SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE; GABRIEL VALDEZ/ASSISTANT FIELD DIRECTOR/DHS,<br><br>               Respondents. | CASE NO. SA CV13-00029 AG (RZ)<br><br>JUDGMENT |

       This matter came before the Court on the Petition of JEANNE MUNDONGO MANUNGA for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the Report and Recommendation of the United States Magistrate Judge,

       IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: August 29, 2013

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE